## WELLS *v.* REYNOLDS.

Patent Appeals, No. 12.  Submitted November 22, 1894.  Decided December 5, 1894.

MOTION to amend decree by awarding costs, including cost of transcript of record furnished by Commissioner of Patents *Denied.*

*Mr. Saml. E. Darby* for the motion.

*Messrs. Foster & Freeman* opposed.

Mr. Chief Justice ALVEY delivered the opinion of the Court:

Upon consideration of this motion, the court has concluded, that, under the law, it has no power or jurisdiction to award cost, or to execute any judgment therefor that might be entered in cases of appeals from the Commissioner of Patents. *The motion is therefore denied.*